(V. D. 15)

GEO. S. BUSH & CO., INC., ET AL. v. UNITED STATES

Entry No. 1960, etc.

(Decided January 12, 1955)

*Lawrence & Tuttle* (*George R. Tuttle* of counsel) for the plaintiffs.

*Warren E. Burger*, Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: These matters are presently before me on a remand from a classification proceeding decided by the first division of this court in *Geo. S. Bush & Co., Inc., et al.* v. *United States*, 31 Cust. Ct. 307, Abstract 57636. The judgment entered therein stated: "* * * that the matters be remanded to a single judge in reappraisement pursuant to the provisions of Title 28 U. S. C. § 2636 (d)."

The matters have been submitted for decision upon an agreed statement of facts entered into by and between counsel for the respective parties hereto.

Upon the agreed facts, I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930 (19 U. S. C. § 1402 (d)), to be the proper basis for determining the values of the involved merchandise and that such values are as set forth in schedule "A," hereto attached and made a part hereof.

I further find such values to be the dutiable values of said merchandise.

Judgment will be entered accordingly.

SCHEDULE "A"

| Remand of protest No. | Entry No. | Merchandise | United States dollars per each |
|---|---|---|---|
| | | GEO. S. BUSH & CO., INC. | |
| 159855–K/19166 | 1960 | 25 "Astor" 7 x 50 | |
| | | Binoculars | 21. 50 |
| | | Leather cases | 3. 50 |
| 159857–K/19168 | 1990 | 50 "Victory" | |
| | | Binoculars | 17. 50 |
| | | Leather cases | 3. 50 |
| | | JAMES P. HERBER & CO., INC. | |
| 171704–K/19366 | 3096 | 175 "Luminas" 6 x 30 | |
| | | Binoculars | 12. 50 |
| | | Leather cases | 2. 50 |

All net, packed